Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**FILED**

# UNITED STATES DISTRICT COURT

for the

_Middle_ District of _Florida_

_Jacksonville_ Division

2022 OCT -5 PM 12: 11

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

| | |
|---|---|
| _Byron Andrews_ <br> Plaintiff(s) <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> _See attached - Page 1_ <br> Defendant(s) <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No.  _3:22-cv-1079-HES-PDB_
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name: Byron Andrews

All other names by which you have been known: Drew

ID Number: B06604

Current Institution: Florida State Prison

Address: P.O. Box 800

Raiford     Florida     32083
City     State     Zip Code

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name: Sgt. Tucker, J.L

Job or Title *(if known)*: Correctional officer, Sgt

Shield Number: Unknown

Employer: Florida department of Correction

Address: 501 South calhound Street

Tallahassee     Florida     32399-2500
City     State     Zip Code

[✓] Individual capacity     [✓] Official capacity

Defendant No. 2

Name: Officer, Albertson

Job or Title *(if known)*: Correctional officer

Shield Number: Unknown

Employer: Florida Department of correction

Address: 501 South calhound Street

Tallahassee     Florida     32399-2500
City     State     Zip Code

[✓] Individual capacity     [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                                  Officer, McKeaney
    Job or Title *(if known)*    Correctional officer
    Shield Number                Unknown
    Employer                   Florida Department of correction
    Address                    501 South calhound street

                              Tallahassee        Florida    32399-2500
                                 *City*             *State*        *Zip Code*
                              ☑ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name                                  Sgt, Cicarrno
    Job or Title *(if known)*    Correctional officer, Sgt
    Shield Number                Unknown
    Employer                   Florida Department of Correction
    Address                    501 South calhoun Street

                              Tallahassee        Florida    32399-2500
                                 *City*             *State*        *Zip Code*
                              ☑ Individual capacity    ☑ Official capacity

**II.**    **Basis for Jurisdiction**    See attached - Page 2

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    1. My 8th Amendment right of the united states Constitution Cruel and unusual Punishment - See attached Page 3

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?    N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. At All times defendants

Mention acted under the color of law, - See attached Page, 4

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

The events giving rise to my claims all arose at columbia Annex - See Attached Page, 8

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur? *The events giving rise to my claims includes, Times, dates and location of the grievances filed, supported by Audio recording and Video footage. See Attach Page, 12*

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* *The underlying facts of my claims are the following – See attached Page, 13*

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. *The injuries that I have Sustain relating to the events mention above include, Passing out and losing Consciousness I also have sustain injuries to my private area of my body – See attached – Page 15*

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. *I ask that the Courts secure all audio recording and video footage listed in Attachment Page 12. as it is vital in giving rise to my Claims. I also ask for Compensation damages in the amount of $250,000.°° and punitive damages in the amount of $900,000.°° dollars.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.  Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).  Columbia Annex.
216 S.E Corrections way
Lake city, Florida 32025

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Claims 1, 2, 3, 4, 6, and 7

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes    N/A

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance? I filed grievances at Columbia Annex as well as Taylor Correctional Institution

2.    What did you claim in your grievance? I claim that I was being denied the right to eat, and the right to medical treatment, that I was intentional housed in an unsafe environment with an inmate who sexually assaulted me, and that my grievances were being destroyed. and not reported.

3.    What was the result, if any? Most of my grievances were destroyed or withheld over the time limit, and the response to many of them was that I was not within the time limit to file a grievance, and return to me without action

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.) Yes, I have completed the grievances process, I had to re-initiate the grievance process from a different institution once I was transferd in order to appeal the decision to the higest level

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

     1.    If there are any reasons why you did not file a grievance, state them here: If there are any steps of the grievances that is not complet, it is because the grievance complaint was never responed to, and cr destroyed. to which I appeal to the level explaing why

     2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I have copies of letters that I've mail to the grievance cooridnater in tallahassee, Florida. explaing how my grievance were being destroyed and not return to me, also audio/video footage will support my claims.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

 No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)     N/A
    Defendant(s)     N/A

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    N/A

3.  Docket or index number
    N/A

4.  Name of Judge assigned to your case   N/A

5.  Approximate date of filing lawsuit   N/A

6.  Is the case still pending?

    ☐ Yes   N/A

    ☐ No

    If no, give the approximate date of disposition.   N/A

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?   NO, I have not

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)
      Defendant(s) _____ N/A _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

      N/A _____

3.    Docket or index number
      _____ N/A _____

4.    Name of Judge assigned to your case
      _____ N/A _____

5.    Approximate date of filing lawsuit
      _____ N/A _____

6.    Is the case still pending?
      ☐ Yes   N/A
      ☐ No

      If no, give the approximate date of disposition    N/A _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      _____ N/A _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        _9-27-22_

Signature of Plaintiff       _Byron_

Printed Name of Plaintiff     _Byron Andrews_

Prison Identification #      _B06604_

Prison Address         _Florida State Prison  P.O. Box 800_
                        _Raiford_              _Florida_    _32083_
                        City                   State        Zip Code

### B.    For Attorneys

Date of signing:        _____

Signature of Attorney        _____

Printed Name of Attorney      _____

Bar Number          _____

Name of Law Firm        _____

Address           _____
                        _____
                        City          State     Zip Code

Telephone Number        _____

E-mail Address         _____

Defendant (1) Sgt. Tucker. J. L

Defendant (2) officer, Albertson

Defendant (3) officer, MCkennzey

Defendant (4) Sgt. Cicarrno

Defendant (5) M. Herring

Defendant (6) Mark Inch : 'Former'¹ʸ

Defendant (7) Ricy Dixon

Defendant No. 5

Name: M. Herring
Job or title: Assitant Warden
Shield number: Unknown
Employer: Florida Department of Correction
Address: 501 South Calhound st Tallahassee, FL 32399-2500

☑ individual capacity    ☑ official capacity

Defendant No. 6

Name: Mark Inch
Job or title: Secretary of Florida Department of corrections: Former
Shield number: unknown
Employer: Florida Department of Correction
Address: 501 South Calhound st Tallahassee, FL 32399-2500

☑ inividual capacity    ☑ official capacity

Defendant No. 7

Name: Ricy Dickson
Job or title: Secertary of Florida Department of correction
Shield number: Unknown
Employer: Florida Department of Correction
Address: 501 South Calhound st Tallahassee, FL 32399-2500

☑ individual capacity    ☑ official capacity

2. Violation of the fourteenth Amendment of the ~~United~~ united States Constitution Due Process

3. Violation of ~~Florida~~ Florida department of Correction Chapter-33-601.800 Housing inmate in an unsafe enviroment with hostile inmate

4. Violation of Florida department of Correction Chapter-33-103.006 failing to Process formal grievance

5. Violation of Florida department of Correction Procedure-403.006 (6) (B) on Medical emergency

6. Violation of Florida department of Correction Chapter-33-204.003 (1) Inmates Shall recive three meals a day

7. Violation of Florida department of Correction Chapter-33-208.002 (12) falsify reports or records

8. Violation of Florida department of Correction Chapter-33----- Retaliation of correctional officer against inmate.

<u>Defendant 1 Sgt. Tucker</u>
Did act under the color of law when he order
Defendants 2, and 3 not to open my cell door,
There by leaving me lock inside of my cell for over
5-hours and not allowing me the opportunity
to eat dinner, which was severd to the compound
while I remand lock inside my cell. This is in
violation of the 8th Amendment of the United
States Constitution cruel and unusual Punishment
Also in violation of Florida Department of correction
Chapter-33-204.003 (1) which allows All inmates
the right to be offer 3 meals a day. This was
done as an act of retaliation against me.

<u>Defendant 1 Sgt. Tucker</u> Did act under the color
of law when he showd deliberate indifference against
me by failing to alert the medical department after
I had declare medical emergency to him. Sgt. Tucker
Then instructed me to return to my cell. This is in
violation of the United States Constitution 8th
Amendment, cruel and unusual Punishment. Also in
violation of Florida Department of correction, Procedure
403.006 (6) (B) which gives inmates in State Prison
the right to access medical treatment after declaring
medical emergency.

Continue
Next Page
over

Pg 4

<u>Defendant 2</u> Officer Albertson, Did act Under the color of law when he refused to Allow me the opportunity to eat dinner. while working in the controll booth. Officer Albertson did not open my cell door and denied ~~~~~~ me the the opportunity to eat dinner, which was served to the Compound while I remained lock inside of my cell. This is in violation of the United States Constitution 8th Amendment Cruel and unusual Punishment Also in violation of Florida Department Of Correction Chapter-33-204.003 (1) which allows All inmates the right to be offered 3 meals A day. This was done as an act of retaliation. against me.

<u>Defendant 3</u> Officer McKennzey did act under the color of law when he refused to allow me the opportunity to eat dinner. while working in the controll booth Officer McKennzey did not open my cell door and ~~~~~~ ~~~~~~~~~~ denied me the right to ~~~~ opportunity to eat dinner. which was served to the Compound while I remaind lock inside of my cell. This is in violation of the 8th Amendment of The United states Constitution Cruel and unusual ~~~~~~ Punishment. Also in violation of Florida Department Of Correction Chapter-33-204.003 which allows all inmates the right to be offered 3 meals a day. This was done as an act of retaliation against me.

Continue
Next page
over



Defendant 4 Sgt. ~~Cicarrno~~ Did ~~███~~ act under the
Color of law by intentionaly housing me inside of
the Same cell with a hostile inmate who's status
At the time was ~~███~~ (C.M. 1 - close management
level 1) Violation of FLorida department of correction
Chapter - 33-601-800 Which states - inmates who have
threw their action threatin and or abused the rights
of other inmates are to be housed alone. ~~██████~~
~~████████████~~. As a result of Sgt. cicarrno action
I was Placed an in unsafe enviroment with a hostile
inmate who I was sexually ~~assaulted~~ by. - Smith V.
Wade, 461 u.s. 30 (1983) Also in violation of the
United States Constitution 8th Amendmen Cruel and
~~███████~~ unusual Punishment. This was done as an act
Of retaliation against me

Defendant 5 Assitant warden M. Herring Did act
Under the Color of law when he fail to Process
my grievances complaints and return them to me
in an attempt to cover-up the Sexual ~~assault~~ Committed
Against me. Violation of florida department of
correction chapter -33-103.006 grievance Procedure
Assitant warden M. Herring further acted under
the color of law when he fail to do anything
after learning of the sexual ~~assault~~ Committed
against me.

Continue
Next Page
over

## Defendant 6. Mark Inch

Defendant. 6, Secretary of florida department of Correction did act under the color of law when he authorize and approved the implimencation of globle tellink base upon information and belife, The phone system used by ☛ inmates in Florida department of Correction. As a result of defendants action I was not able to dial out to contact ☛ P.R.E.A - Prison rape elimination act tip hotline to report the crime of sexual assault committed against me. Due to the fact that the Phone system would not allow me to access the tip Hot line. Defendant 6. mark Inch further acted under the color of law when he fail to do anything after learning of the Sexual assault committed against me.

## Defendant 7 Ricy Dixion

Defendant. 7, Secretary of Florida department of Correction did act under the color of law when he fail to do anything after learning of the sexual assault committed against me after he took the position of Secretary of florida department of Correction.

## Claim (1)

Plaintiff was lock inside of his cell for over 5-hours and not allowed the opportunity to eat dinner

### When and where claim (1) arose

Video footage will show on the day of 5-16-21 while in quad-3 of T-Dormitory of Columbia Annex Plaintiff was lock behine the door of his cell- 3101 for over 5-hours and not allowed the opportunity to eat dinner.

## Claim (2)

Dening Plaintiff the right to access medical treatment after he'd declared Medical emergency, while undergoing a medical emergency by placing him in confinement for disorderly conduct.

### When and where claim (2) arose

Video footage will show on the day of ▮▮▮▮▮ 5-16-21 while in quad-3 of T-Dormitory of Columbia Annex, Plaintiff did declare medical emergency and was denied medical treatment, after undergoing a medical emergency while in cell- 3101 by being placed in confinement for disorderly conduct.

## Claim (3)

Housing Plaintiff in an unsafe enviroment by placing him inside a cell with an hostile inmate who Sexually assaulted him.

### When and where claim (3) arose

Video footage ~~that~~ will Show on the day of 5-16-21 While inside N-Dorm Confinment Plaintiff was placed inside of cell-4213 of quad-4 with an inmate who Sexually assaulted him under the direction of Correctional Officers.

## Claim (4)

Failing to process the grievance conplaint of Plaintiff in order to cover up the crime of sexaul assault Committed against him.

### When and where claim (4) arose

This claim arose at ▮ columbia Annex after Plaintiff filed grievance complaints in connection with being housed in the same cell with hostile inmate. After the date of 5-16-21

## Claim (5)

failing to provide Plaintiff with a way to access the P.R.E.A - Prison Rape elimitnation Act tip hot line to report the crime of sexuall assault.

### When and where claim (5) arose

This claim arose at columbia Annex after the date of 5-16-21 when the sexual occured.

## Claim (6)

Providing false statements on records against Plaintiff

### when and where claim (6) arose

This claim arose at columbia Annex on the date of 7-8-21 After Plaintiff filed a grievanc complaint

## Claim (7)

Retaliation of correctional officers directed against Planitiff

### When and where claim (7) arose

This claim arose at columbia Annex after Plaintiff filed a grievance complaint against correctlional officer on the date of 3-18-21

## Claim (8)

failing to do anything after learning of the sexual assault committed against Plaintiff

## When and where claim(8) arose.

This claim arose at Columbia Annex after Plaintiff filed grievance complaints in connection with being sexually assaulted.

1. 5-25-21 Quad-I of N-Dorm Cell-1103 between the hours of 8:30 A.m-11:30 A.m filed$^2$ informal grievances. 1) ingards to not being able to eat 2) being denined medical treatment.( Both were destroyed)

2. 5-17-21 Quad-4 N-Dorm Cell-4213 Between the hours of 4:30 A.m-6 30 A.M. Placing Personal food Item into the cell as Pay-off

3. 5-16-21 Quad-3 of T-Dorm Cell-3101 Between the hours of 11:00 A.M-7:00 P.m Being lock in the cell and not allowed to eat/Denied medical treatment

4. ~~~~ 7-13-21 Quad-I of N-Dorm Cell-1201 Between the hours of 9:00 A.m-12:00 Noontime. Turn in a witness statement Alleging sexual assault. (Destroyed)

5. 7-15-21 Quad I-N-Dorm Cell 1201 Between the hours of 9:00 A.m-12:00 noontime filed grievance in respence to not being able to dial out to the TIP Hot line

6. 7-23-21 Quad-3 of N-Dorm Cell-3204 Between the hours of 9:00 Am-12:00 noontime filed 2 grievance reiniating the grievance Process in regards to Count I

7. 8-2-21 Quad-3 of N-Dorm Cell-3204-8:30A.m-11:30 A.m filed grievane to warden against Asstant warden.

8. 8-4-21 Quad-3 of N-Dorm Cell-3204 9:00 Am-12:00 Noon. filed grievane reinitiating Count I for the third time. 

▮▮▮▮▮ on the date of 3-11-21 I witness ▮▮▮ officer
J. manley pepper gas and beat an ▮▮▮ inmate
while he was having a siezure, to which I filed
a grievance complaint against. From there I recived
threats from mulitble correctional officers, including
Defendant 1 Sgt Tucker, who ▮▮▮ would regularly
openly address the dorm to warn inmates against
filing grievances, saying those who did would be dealt
with. ▮▮▮▮▮▮▮▮▮ [See Exhibt D]

on the date of 5-16-21 I was lock inside of my
cell ▮ from (12:00 noone - 6:00 p.m, approximatly)
and not allowed to cat dinner by sgt. tucker
At which time I sufferd a ▮ medical emergency
and was denied medical treatment by sgt. Tucker
note: I do have high blood pressure which I
take medication for. This was witness ▮ by
my cellmate (Gregory Laymen) from there I was
taken to confinement for disorderly conduct.
▮▮▮▮▮▮▮▮▮

Entering confinement the dorm supervisor Defendant
4 Sgt. cicarrno housed me inside of the same cell
with a hostile inmate (Angle Herria)-whos
security level required that he be housed alone
because of the threat he posed to other inmates,
who I was sexually assaulted by. Inmate herria
was in ▮▮▮ pocession of a ▮▮▮ weapon at the
the time of the assault

On the date of 5-17-21 the next morning I was moved to another cell by officers willis and ▆▆▆ housed with inmate Kennith Reed in cell-1103 Quad-1 of N-Dorm Confinement, who the day befer had been brutally braten by Correction officers and was still Cover in blood. I remain in cell-1103 untill I was relcost from Confinemet on ▆▆▆▆ 5-25-21

⬤ apon being relcost from Confinement I filed Several grievances in Connection to the Sexuall assault, but made no mention of It untill I reported in writing to the grievance Cooridinator In Tallahassee Florida on ▆▆▆ 6-30-21 [See Exhbt C] on 7-8-21 the Same day the assault was reported back to the facility of Columbia Annex I was Placed back in Confinement after staff members falsly state I was intoxicated. It was at this time while in Confinement I learn staff members falsly Stated that I refuse to cooperate with the investigation into the sexual assault ▆▆▆▆▆▆ [See Exhibt B]

⬤ From there I filed grievance appealing to the assitant Warden Defendants M. Herring most of which were destroyd I also reported the crime To The Secretary of Florida Department of Correction Defendant 6 Mark Inch. No action was ever taken to investigat my claims. Audio and Video footage from Confinement dorm will Support my claims [See Exhibt A Pages 1-3]



Psychologically I have sustain injuries by developing a fear and distrust of any ▓▓ authoritive figure that is to be trusted with my safty and protection. I no longer feel safe in the presence of any person who wears the ▓▓▓▓▓ uniform of a law enforcement officer. I have a Phobia that they will misuse their authority to cause harm to me. I now live in a constent state of shock. I fear at anytime for any reason by any officer I will be retaliated against.

Emotionally I have been injured. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I now feel defeated, and no longer feel Iam the same person as befor the assault. I feel that ▓▓ somehow Iam less of a man. I now struggle with how I identify myself spiritually because I feel as though I have been defiled. I have not able to speak with a mental health ▓▓▓▓▓ counselors

Physically I have sustain injuries to my privite area.

## oath

Under the penalties of perjury I do swear everything stated in the above is true and comply ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

respectfully submitted

Byron Andrews
▓▓▓▓