

Exhibt A

Exhibt, A

Byron Andrews D.C B06604 Columbia Annex   D.O.B 6-7-87

Statement of facts         TO: Rebecca Yates:
                           Grievance Cooridinator.

1. On the day of 7-13-21 I Byron Andrews D.C B06604 did file an informal grievance against the grievance cooridinator of Calubia Annex for failing to process my formal grievance - reference log# 2106-251-202. from N-Dormitory cell#1201, between the hours of 9:00 A.m-11:30 A.m At the exact time she-grievance cooridinator/classification officer enter quad-1 of N-Dorm holding in her hand a red & white lock box, I did call out audio/video and made a statement of what type of grievance I was submitting. I also held the grievance to the glass window of my cell in viwe of the camra befor she-grievance coordinator/classification officer came to my cell door (1201) and placed my grievance inside of the locked box. This grievance was destroyed, and never return to me.

2. On the day of 7-13-21 at the exact same time and day as mention in statement (1) I Byron Andrews D.C# B06604 did turn in a witness statement to grievance coordinator/classification officer in regards to the sexual assault comitted against me on 5-16-21. This witness statement was held up to the glass window of my cell (N-1201) in viwe of the camra befor it was placed inside of the grievance box held by the grievance coordinator/classification officer as she pass by my cell. I did call out audio/video at this time to make a statement of the grievance that I submitted, along with the witness statement. Both were destroyed

3. On the day of 7-15-21 I Byron Andrews D.C# B06604 did file a formal grievance with an attach informal grievance - to it. Informal grievance log # 251-2107-0030. between the → Next Pg.

hours of 9:00 A.m - 11:30 A.m from N-Dorm cell # 1201. At the exact time the grievance coordinator/classification officer enter N-1 Dormitory holding in her hand a lock box where the grievance was placed inside. I did at this time hold my formal grievance up to the glass of my cell door window in viwe of the camra. This formal grievance was destroyed by the grievanc' Cooridnator/classification officer.

4. On the day of 8-2-21 I Byron Andrew D.C # B06604 Did file/submitt a formal grievance to the warden, against the Asst warden, for failing to properly process my formal grievance - referance log # 2106-251-202 that was submitted on 6-24-21, with in the proper time from N-Dorm Cell # 3204 between the hours of 8:30 - 9:30 A.m. At the exact time the grievance coordinator/classification officer enter quad-3 of N-Dormitory holding in her hand a red box that the grievance was placed inside, I did call out Audio/video, and made a statement of what type of grievance I was submitting, which could be heard at the exact moment she pass befor my cell N-3204 and did collect my grievance and placed it inside of the grievance box. Which was not lock or secured. later that evening on 8-2-21 I did recived a ccpy of my that informal, with the formal grievance - Log # 2106-251-202 attach to it (Violation of Ch-33-103.006)

5. On the day of 8-4-21 I Byron Andrews D.C # B06604 Did submitt/file 2 informal grievance from N-Dormitory cell # 3204 re-initiating my Complaint following proper procedure of Ch-33-103.005. in referance to formal grievance- log # 2106-251-203 and also in referance to formal grievance- log # 2106-251.220 between the hours of 10:00 - 11:00 A.m. At the exact time the grievance coordinator/classification officer enter N-3 Dormitory, untill after, she grievance ccondinator/classification officer pass by my cell door (3204) and placed my grievances inside of the grievance box that she was holding in her hand, which was not lock or secured. I did call out Audio/video and made a statement of what grievances that I was filing (I belive 10:30 A.m was the exact time this statement was made.)    → Next Pg

6. On the day of 7-8-21, when the sexual assult was reported to Columbia Annex administration, I Byron Andrews, was taken to the capt. office where I was interrogated by correctional officers. At which time I was told that, I was going to be placed in cofinement for being intoxicated if I did not cooperate. I then stated "I do not feel safe speaking to any of you, because I belive staff was invoied in Seting up the assult." I also stated that I would like to speak to P.R.E.A investigator. I later discovered that staff members lied, and falsely stated that I refused to cooperate with the investigation. This is un-True, I never made any such statement. Since then I have been placed in cofinement for being intoxicated (which I was not at the time) and as of today have been Prevented from speaking with a P.R.E.A investigator, or the I.G. nor have I spoken to a mental health counselor, and I would like to do so. As soon as possible please help! This was an attempt set up by staff to take my life threw inmate (Angie Herrira) See grievance log # 251.2103.0279

## Conculsion

Therefor: Based upon the following evidence submitted, and considering all the facts. D.O.C staff members did act in a coordinated effort to cover-up the sexual assult comitted against me on 5-16-21 I do not know wheather the person collecting the grievances is the grievance coordinator or classification officers, because there are no name tags placed on them to identify them by. Also there are no clocks inside any of the quads in the dorms to be able to give a percise time of the said incidents. I call camra for Poof. Pursuant to (F.D.o.c) Ch-33-602.033(1)(2)(3),(2)(h)(1)

## Oath

Under the penalties of Perjury. I do swear everything stated in the above is true and complete.

Respectfully submitted

Byron Andrews B06604