Exhibt B



Exhibt B

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden  ☐ Asst. Warden | ☐ Classification  ☐ Security | ☐ Medical  ☐ Mental Health | ☐ Dental  ☐ Other  Grievance |
|---|---|---|---|---|

| FROM: | Inmate Name: Byron Andrews | DC Number: B06604 | Quarters: 2208 NZOIL | Job Assignment: N/A | Date: 6-29-21 |

**REQUEST**    Check here if this is an informal grievance ☑

My grievance is against D.O.C for not providing me with a way to safly report a crime to the T.I.P/TIP Hotline, because the Phones do not let you do.l out to the Tip Hotline number that is Posted on the wall I have tired to report a crime for weeks and have not been able to, threw the Phone

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): [signed]     DC#: 306604

**RESPONSE** 257.2107.0030     DATE RECEIVED: JUL 02 2021 COLUMBIA CI

THE SYSTEM SHOWS YOU WERE PLACED IN CONFINEMENT AND INTERVIEWED TO WHICH YOU REFUSED TO COOPERATE WITH THE INVESTIGATION.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is **DENIED**. (Returned, **Denied** or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): WASHINGTON  Official (Signature): [signed]  Date: 7-12-21

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.