Exhibt C



Exhibt, C

6-30-21                                                                    JUL 08 2021
                                                                    Department of Corrections
                                                                    Inmate Grievance Appeals

To: Rebecca Yates, grievance
Cooridinator

My name is Byron Andrews D.C # B06604 I am writting you in regrauds to an incident that took place at Columbia Annex on 5-16-21 where I was sexually assulted by an nother inmate that I belive/know was set up by the officers working on shith that day I have reported this to mental health last week I still have not head anything or spoken to anyone. I have ~~[redacted]~~ tired to call the tip hot line to report what happen but the new phone system globle taillink does not allow you to dial out to the agency. I have written grievance concerning the incident but have not gotten any resrenes in over a mounth. There for I am writting you to report the sexual abuse of an inmate and ask that you contact P.R.E.A so an investergation could be lunched into what I am reporting as I will also continue to try other means of reporting this crime I fear that the officers here at Columbia Annex were invele so I do not wish to report it to them as my life maybe in danger

[signature]