

Exhibt D



Exhibt D

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☑ Warden  ☐ Asst. Warden | ☐ Classification  ☐ Security | ☐ Medical  ☐ Mental Health | ☐ Dental  ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name: Byron Andrews | DC Number: B06604 | Quarters: T-3101 | Job Assignment: N/A | Date: 3-18-21 |
|---|---|---|---|---|---|

**REQUEST**                         Check here if this is an informal grievance ☑

I am grieving the threat of staff physical abuse directly against me & other inmates for having and during a medical emergency. evidenced by the unprovoked pepper gassing and brutal assault of inmate Toney Comone by officer J. manley on 3-11-21 at 7:45pm - 8:30pm in Dorm T-3202 for having a siezure. Staff falsely stated inmate was intoxicated on drugs and refuse to obey verbal coman, when inmate was clearly seen on camra having a siezure. I have high blood pressure that causes me to lose consciousness and I'm in fear of having a medical emergency that results in me getting gass and beatin. Remedy - retain the staff abuse video referenced above from T-3 on 3-11-21 as mandated by (FAC) Ch. 33-602.033 (1)(2)(3), (2)(h)(J) and terminate all staff involed befor I am the next victim murder by corrupt staff (FDoC) 108.001 (1)(b)

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Byron          DC#: B06604

---
**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** 257-2103-0279          **RECEIVED BY** _____
                                     **DATE RECEIVED:** MAR 22 2021

Security

33-103.014(1)(r) Complaints are raised by the inmate regarding incidents that do not affect the inmate personally.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is **Returned**. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): T. Miles   Official (Signature): _____   Date: 3/30/21

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)
Incorporated by Reference in Rule 33-103.005, F.A.C.



# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

### COMPLAINT FOR PRISONERS FILING UNDER:

- 42 U.S.C. § 1983 for suits against state actors
- 28 U.S.C. § 1331 for suits against federal defendants pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)

### EXPLANATION AND INSTRUCTIONS - READ CAREFULLY

1. **Complaint and Affidavit of Indigency.** This packet includes a complaint form which must be completed as instructed below. Actions filed by pro se prisoner litigants will not be considered by the Court unless this complaint form has been completed. Also included is an affidavit of indigency to apply to proceed *in forma pauperis* (IFP), which you must complete if you cannot pay the filing fee.

2. **Format.** Your complaint must be legibly handwritten, typewritten, or computer generated. You must answer all of the questions on the complaint form. You must provide your full and correct name as Plaintiff. When listing Defendants, you must provide the name and either job title or position; e.g., Officer J. Smith. You must furnish an address for each Defendant. If you need additional space to answer a question, you may use additional blank pages, but do not write on the reverse side of any page. You must sign the complaint on the last page of the complaint form. You should keep a copy of the complaint for your records, but the complaint that is sent to the Court for filing must contain your original signature. You must provide truthful statements: any false statement made in the complaint or affidavit of indigency may result in sanctions, including the dismissal of your case, and may also serve as the basis for a prosecution for perjury.

3. **Claims.** State the facts that support your claim or claims. The claims raised in this action must relate to the same basic incident or issue. Any other claims must be addressed in a separate civil rights complaint. When presenting the facts in the complaint, it is unnecessary to make legal arguments or provide case citation. Such argument is unnecessary at the initiation of a case. You may attach as exhibits to your complaint any documents related to the exhaustion of your administrative remedies. Otherwise, you will be advised when the submission of argument or evidence in support of your claim or claims is appropriate.

4. **Filing fee.** For the complaint to be filed, you must submit a filing fee. You must either:

    a. **Pay the required fee of $400.** This fee must be paid at the same time you submit your complaint. If you can pay this fee, you are also responsible for the costs of service of the complaint upon Defendants, although you may seek assistance from the Court. See, e.g., Federal Rule of Civil Procedure 4(c)(3).

    b. **Petition the Court to proceed *in forma pauperis*.** This option is available if you are unable to pay the filing fee and service costs for this action. You may petition the Court to proceed *in forma pauperis* using the affidavit of indigency form included in this packet. To begin the *in forma pauperis* process, you must first execute the attached affidavit of indigency, setting forth the information that establishes your financial status. You must answer every question on the affidavit, have it properly notarized, and ensure that an authorized official at the

INSTRUCTIONS FOR PRISONERS FILING COMPLAINTS— Page 2 of 3

institution completes the affidavit certificate. You must also provide the Court with a certified copy of your prison account statement containing all transactions in your prisoner account for the six (6) months preceding the filing of the complaint. If the complaint is being filed by more than one Plaintiff, each Plaintiff must petition the Court to proceed *in forma pauperis*.

Please note that even if you proceed *in forma pauperis*, you will be required to pay a filing fee of $350. In the event you are unable to pay the filing fee at the time the action is filed, the Court will assess an initial partial filing fee. After the initial partial filing fee is paid, the prison at which you are incarcerated will be required to forward to the Clerk's Office monthly payments of 20% of the preceding month's income credited to your inmate account until the $350 filing fee is paid. Notwithstanding the above, the party or parties seeking leave to proceed *in forma pauperis* may be required to pay, as a condition to allowing the case to proceed *in forma pauperis*, a stated portion of the Clerk's and/or Marshals' fees. Additionally, *in forma pauperis* status does not entitle you to free copies of pleadings, motions, orders, or docket reports (the cost is $.50 per page).

5. **Service.** In a civil case (for example, a civil rights action or negligence action), if IFP is granted, the Court may direct that your complaint be served by the U.S. Marshals on the opposing party or parties.

If you have paid the filing fee, then unless the Court expressly says otherwise (see, for example, Fed. R. Civ. P. 4(c)(3)), you are responsible for complying with service of process. The service of process rules, which are simply the rules that ensure that a defendant has timely received a copy of the summons and complaint (and thus provide the defendant with direct notice of your lawsuit) are found in Fed. R. Civ. P. 4 and Local Rule 1.07. You must serve each defendant in the manner specifically set forth in the Rules with a copy of the summons and complaint within 90 days after you have filed the complaint. It is your responsibility to timely comply with the Rules, and if you do not, your case may be dismissed.

6. **Your records.** After receiving notice from the Clerk of your case number, you must include the case number on all documents you file with the Court. You should keep a copy of every document you send to the Court (including a copy of this complaint), as you are not entitled to free copies from the Clerk even if you are proceeding *in forma pauperis*.

7. **Change of address.** Throughout this case, you are required to advise the Court in writing of any change in your mailing address by filing a Notice of Change of Address. As with every document you file with the Court, you must send a copy of your Notice of Change of Address to each defendant or Respondent and include a certificate of service. You will be notified as soon as any action is taken in your case. The Court will mail to you a copy of every order entered by the Court to the last address it has on file. Your failure to keep the Court advised of your current address may result in the dismissal of your case.

8. **Directly Corresponding With the Court Prohibited**

You may not directly correspond with the Court (or any individual judge) in the form of letters or similar documents. Instead, everything that you submit for the Court's consideration must be filed through the clerk's office. The Court will not respond to anything that is not filed through the clerk's office, will strike it from the case file, and will return it to you.

Revised. 10/14

INSTRUCTIONS FOR PRISONERS FILING COMPLAINTS— Page 3 of 3

**9. Venue.** The complaint will be prosecuted in either the Tampa, Ft. Myers, Orlando, Jacksonville, or Ocala Division of the Court, depending on the county of residence of one or more of the Defendants or the place where the events forming the basis of the complaint occurred. You should name the appropriate division of the Court in the space provided at the top of the complaint form. Each division includes the following counties:

- **Tampa Division:** Hardee, Hernando, Hillsborough, Manatee, Pasco, Pinellas, Polk, and Sarasota.
- **Ft. Myers Division:** Charlotte, Collier, DeSoto, Glades, Hendry, and Lee.
- **Orlando Division:** Brevard, Orange, Osceola, Seminole, and Volusia.
- **Jacksonville Division:** Baker, Bradford, Clay, Columbia, Duval, Flagler, Hamilton, Nassau, Putnam, St. Johns, Suwanne, and Union.
- **Ocala Division:** Citrus, Lake, Marion, and Sumter.

Cases to be filed in the:

**Tampa Division should be mailed to:**

CLERK'S OFFICE, UNITED STATES DISTRICT COURT, SAM M. GIBBONS US COURTHOUSE
801 N. FLORIDA AVENUE, ROOM 218
TAMPA, FLORIDA 33602-3800

**Ft. Myers Division should be mailed to:**

CLERK'S OFFICE, UNITED STATES DISTRICT COURT, US COURTHOUSE & FEDERAL BUILDING
2110 FIRST STREET, ROOM 2-194
FORT MYERS, FLORIDA 33901-3083

**Orlando Division should be mailed to:**

CLERK'S OFFICE, UNITED STATES DISTRICT COURT
401 W. CENTRAL BOULEVARD, SUITE 1200
ORLANDO, FLORIDA 32801-0120

**Jacksonville Division should be mailed to:**

CLERK'S OFFICE, UNITED STATES DISTRICT COURT, US COURTHOUSE
300 NORTH HOGAN STREET, SUITE 9-150
JACKSONVILLE, FLORIDA 32202-4271

**Ocala Division should be mailed to:**

CLERK'S OFFICE, UNITED STATES DISTRICT COURT, GOLDEN-COLLUM MEMORIAL FEDERAL BUILDING AND U.S. COURTHOUSE
207 N.W. SECOND STREET, ROOM 337
OCALA, FLORIDA 34475-6666.

Revised: 10/14