Byron Andrews DC B06604
FLorida State Prison
P.O. Box 800
Raiford, FL 32083

Legal Mail
...ded to Florida State Prison on
for mailing by

Mailed From A State
Correctional Institution



US POSTAGE ™ PITNEY BOWES
ZIP 32083  $ 002.88⁰
02 4W
0000385900 OCT 04 2022

LEGAL MAIL

CLERK's office
united States District court,
U.S courthouse
300 north hogen street suit 9150
Jacksonville, Florida 32202-4271

LEGAL MAIL ONLY